Artis-Ray: Cash Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562

FILED
2025 JAN 29 PM 1:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
GSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray: Cash Jr.
PLAINTIFF/PETITIONER

v.

Experian Information Solutions, Inc.,
Monterey Financial Services, LLC
DEFENDANT/RESPONDENT

CASE NUMBER: 8:25cv00165-JWH-(ADSx)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Artis-Ray: Cash Jr., declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☑ Yes  ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: $2,100, Casting Networks, 8335 Sunset BLVD #332 Los Angeles, CA 90069

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☐ | ☑ |
    | Business, profession or form of self-employment? | ☐ | ☑ |
    | Rent payments, interest or dividends? | ☐ | ☑ |
    | Pensions, annuities or life insurance payments? | ☐ | ☑ |
    | Gifts or inheritances? | ☐ | ☑ |
    | Any other income (other than listed above)? | ☐ | ☑ |
    | Loans? | ☐ | ☑ |
    | Any other income (other than listed above)? | ☐ | ☑ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

CV-60 (11/23)   REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT   Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☑ Yes   ☐ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _First Entertainment Credit Union, $50_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes   ☑ No

If you answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax Return? _2023_
Approximately how much income did your last return reflect? _$20,000_

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | $900 | Credit Cards | $200 |
| Transportation | $200 | Child Care | 0 |
| Food | $500 | Insurance | 0 |
| Medical | 0 | Loans | 0 |
| Utilities | $100 | Other | 0 |

State: _California_
County (or City): _Los Angeles_

I, _Artis-Ray Cash Jr._ declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: _01/29/2025_

Plaintiff (Signature): _Artis Ray Cash Jr._