1  Artis-Ray: Cash Jr. _____ (Plaintiff's Full Name)
2  artiscashjr@yahoo.com _____ (Email Address)
3  453 South Spring Street, Suite 400 PMB 1211 _____ (Address Line 1)
4  Los Angeles, CA 90013 _____ (Address Line 2)
5  831-346-2562 _____ (Phone Number)
6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
02/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     DVE     DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray: Cash Jr.,

　　　　Plaintiff,

　　vs.

Experian Information Solutions, Inc.
Monterey Financial Services, LLC
_____
_____,

　　　　Defendant(s).

Case No.: 8:25-cv-00165-JWH-ADS

**PROOF OF SERVICE ON A CORPORATION, PARTNERSHIP, OR ASSOCIATION**

I, _____Sheena Wood_____, declare as follows:
(name of server)

1.　At the time of service I was at least 18 years of age and **not a party to this lawsuit**.

2.　I served copies of the summons, complaint, and certificate and notice of interested parties (hereinafter referred to as "copies").

///

3. I served the defendant **Monterey Financial Services, LLC**.
   (name of Corporation, Partnership, or Association)

4. I served the papers by: (**check only one**)

   a. ☐ **Personal Service** in compliance with the Federal Rules of Civil Procedure. I personally delivered copies to a representative of the corporation, partnership, or association named in ¶ 3:

   Name: _____
   Position: _____
   Date: _____   Time: _____
   Address: _____ (street)
   _____ (city, state, zip code)

   b. ☐ **Substitute Service at a Representative's Place of Business** in compliance with the California Code of Civil Procedure. I personally delivered copies to a person apparently in charge of the office or place of business who was at least 18 years of age and informed him or her of the general nature of the papers. I left the copies with:

   Name: _____
   Position: _____
   Date: _____   Time: _____
   Address: _____ (street)
   _____ (city, state, zip code)

   I also mailed copies to the office or place of business addressed to the defendant on _____.
   (date)

///
///

c. ☐ **Mail Service on a Corporation, Partnership, or Association located outside California** in compliance with the California Code of Civil Procedure. I mailed copies to the corporation, partnership, or association, via certified or registered mail to:

Name: Nate Lucas
Position: Registered Agent
Date: 2/7/2025    Time: 12:30 PM
Address: 4095 Avenida De La Plata (street)
Oceanside, CA 92056 (city, state, zip code)

A copy of the signed return receipt is attached.

5. My name, address, and telephone number are:

Sheena Wood (Full Name)
1606 E. Tucker Blvd (Address Line 1)
Arlington, TX 76010 (Address Line 2)
318-918-5880 (Phone Number)

6. I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/7/2025 (date) at Arlington, Texas (place of signing).

Sheena Wood (Signature)
Sheena Wood (Name)

