1  JoeAl Akobian (State Bar No. 346801)
   jakobian@jonesday.com
2  JONES DAY
3  3161 Michelson Drive, Suite 800
   Irvine, CA 92612.4408
4  Telephone: (949) 851-3939
   Facsimile:  (949) 553-7539
5
   Attorney for Defendant
6  EXPERIAN INFORMATION
   SOLUTIONS, INC.
7

8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10
11

12 | ARTIS-RAY CASH JR.,                  | Case No. 8:25-cv-00165-JWH-ADS
13 |              Plaintiff,               | Assigned for all purposes to
                                           | Honorable John W. Holcomb
14 |      v.                               |
                                           | **STIPULATION TO EXTEND TIME**
15 | EXPERIAN INFORMATION                  | **FOR DEFENDANT EXPERIAN**
   | SOLUTIONS, INC., MONTEREY             | **INFORMATION SOLUTIONS, INC.**
16 | FINANCIAL SERVICES, LLC               | **TO RESPOND TO INITIAL**
                                           | **COMPLAINT BY NOT MORE**
17 |              Defendants.              | **THAN 30 DAYS (L.R. 8-3)**
18 |                                       |
                                           | Complaint served:  January 29, 2025
19 |                                       | Current response date: February 28, 2025
                                           | New response date: March 15, 2025
20

1     Pursuant to the Court's Standing Order and Local Civil Rule 8-3, Plaintiff Artis-Ray Cash Jr. ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective attorneys of record, hereby stipulate that Experian shall have an additional 15 days, up to and including **March 15, 2025**, to answer or otherwise respond to Plaintiff's Complaint. Experian requires additional time to investigate Plaintiff's allegations and discuss the possibility of early settlement with Plaintiff. This is the first request for an extension of time sought by Experian in this action. The requested extension is sought in good faith and not for the purposes of delay or any other improper reason, and will not alter the date of any event or any deadline already fixed by Court order.

    THEREFORE, Plaintiff and Experian hereby stipulate and agree to, and respectfully request, an order extending the time for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, up through and including **March 15, 2025.**

Dated: February 28, 2025

JONES DAY

By: /s/ *JoeAl Akobian*
    JoeAl Akobian

Attorney for Defendant

EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: February 28, 2025

ARTIS-RAY CASH JR.

By: /s/ *Artis Ray Cash Jr.*
    Artis-Ray Cash Jr.

Plaintiff

Pro Se

# CERTIFICATE OF SERVICE

I, Jenice Thakur, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.

I certify that on **February 28, 2025**, I caused the foregoing document **STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
Email: artiscashjr@yahoo.com
*Pro Se Plaintiff*

Executed on **February 28, 2025**, at Irvine, California.

*/s/ Jenice Thakur*
Jenice Thakur