JoeAl Akobian (State Bar No. 346801)
jakobian@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; MONTEREY FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No. 8:25-cv-00165-JWH-ADS <br><br> Assigned for all purposes to Honorable John W. Holcomb <br><br> **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    A. Central Source LLC
    B. Online Data Exchange LLC
    C. New Management Services LLC
    D. VantageScore Solutions LLC
    E. Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: February 28, 2025            JONES DAY

                                    By: /s/ JoeAl Akobian
                                        JoeAl Akobian

                                    Attorneys for Defendant
                                    EXPERIAN INFORMATION
                                    SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Jenice Thakur, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.

I certify that on **February 28, 2025**, I caused the foregoing document

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES**

to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
Email: artiscashjr@yahoo.com
*Pro Se Plaintiff*

Executed on **February 28, 2025**, at Irvine, California.

/s/ Jenice Thakur
Jenice Thakur