Candace Y. Martinez (SBN 346799)
cymartinez@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: 949.851.3939
Facsimile: 949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-06688 FMO (JCx)<br><br>Hon. Fernando M. Olguin<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTION INC.'S NOTICE OF SETTLEMENT**<br><br>Complaint filed: August 15, 2023<br>First Amended Complaint filed: December 28, 2023 |

　　　PLEASE TAKE NOTICE that Plaintiff Artis-Ray Cash ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively the "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

　　　The Parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the Parties shall file a Stipulation for Dismissal with prejudice of the claims asserted against Experian.

EXHIBIT A

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2024 | JONES DAY |
| 3 | | |
| 4 | | By: */s/ Candace Y. Martinez* |
| 5 | | Candace Y. Martinez |
| 6 | | Attorneys for Defendant<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. |