THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendants,
MIDLAND CREDIT MANAGEMENT,
INC. and MIDLAND FUNDING LLC

ARTIS-RAY CASH, JR.
artiscashjr@yahoo.ocm
453 Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
Ph: (831) 346-2562

Plaintiff IN PRO PER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ARTIS-RAY CASH, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.;<br>MIDLAND FUNDING, LLC,<br><br>Defendants. | Case No. 2:23-cv-10126-HDV-SSC<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS MIDLAND CREDIT MANAGEMENT, INC. AND MIDLAND FUNDING, LLC**<br><br>Hearing Date: July 2, 2024<br>Hearing Time: 10:00 a.m.<br><br>Judge: Hernan D. Vera<br><br>Magistrate Judge: Stephanie S. Christensen |

EXHIBIT B
11

Plaintiff Artis-Ray Cash, Jr. and Defendants Midland Credit Management, Inc. and Midland Funding, LLC hereby notify the Court that they have settled all claims between them in this matter. The parties are in the process of completing the settlement documents and filing the dismissal which may take up to 60 days. The parties request that a settlement disposition conference be scheduled in approximately 60 days.

DATED: July 22, 2024         SOLOMON WARD SEIDENWURM &
                             SMITH, LLP


                             By:  */s/ Thomas F. Landers*
                             THOMAS F. LANDERS
                             Attorneys for Defendants,
                             MIDLAND CREDIT MANAGEMENT, INC.
                             and MIDLAND FUNDING LLC

DATED: July 22, 2024

                             By:  */s/ Artis-Ray Cash, Jr.*
                             ARTIS-RAY CASH, Jr.
                             Plaintiff IN PRO PER

### ATTESTATION

Pursuant to Central District Local Civil Rules, L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained his authorization to affix his electronic signature to this document.

DATED: July 22, 2024         SOLOMON WARD SEIDENWURM &
                             SMITH, LLP


                             By:  */s/ Thomas F. Landers*
                             THOMAS F. LANDERS
                             Attorneys for Defendants,
                             MIDLAND CREDIT MANAGEMENT, INC.
                             and MIDLAND FUNDING LLC

EXHIBIT B
12

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2024, I electronically filed the following document:

1.     **NOTICE OF SETTLEMENT**

with the Clerk of the Court using the CM/ECF system and a copy of this document and the Notice of Electronic Filing were served via U.S. Mail and Email on the following non-CM/ECF participants:

| | |
|---|---|
| Artis-Ray Cash, Jr.<br>453 S. Spring Street<br>Suite 400 PMB 1211<br>Los Angeles, CA 90013<br>artiscashjr@yahoo.com | Plaintiff IN PRO PER |

_____
Woody L Doolittle