JOHN J. ATALLAH, Bar No. 294116
  jatallah@foley.com
SAVANNAH L. LEVIN, Bar No. 347929
  slevin@foley.com
**FOLEY & LARDNER LLP**
555 S Flower St., Suite 3300
Los Angeles, CA  90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065

*Attorneys for Defendant Maximus, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAXIMUS, INC,<br><br>　　　　　Defendant. | Case No. 2:24-cv-09094-RGK-AS<br><br>**DEFENDANT MAXIMUS, INC.'S NOTICE OF SETTLEMENT**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed:  October 22, 2024 |

EXHIBIT E
16- 1 -

MAXIMUS, INC.'S NOTICE OF SETTLEMENT
CASE NO. 2:24-CV-09094-RGK-AS

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
LOS ANGELES

4896-3536-5905.3

**TO THE HONORABLE R. GARY KLAUSNER, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to pursuant to L.R. 16-15.7, Plaintiff Artis-Ray: Cash Jr. ("Plaintiff") and Defendant Maximus, Inc. ("Defendant") hereby jointly notify the Court that the Parties have reached a settlement in principle in the above-entitled matter, subject to executing a final settlement agreement by both parties.

The Parties request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the parties finalize the terms of the settlement and fully perform their duties under the forthcoming settlement agreement.

The parties anticipate being in a position to file a joint stipulation of dismissal with prejudice within 30 days of this notice.

Dated: January 27, 2025

*/s/ Artis Ray: Cash Jr.*
Artis-Ray: Cash Jr.
Plaintiff

Dated: January 27, 2025

**FOLEY & LARDNER LLP**
John J. Atallah
Savannah L. Levin

*/s/ John J. Atallah*
John J. Atallah
Savannah L. Levin

Attorneys for Defendant Maximus, Inc.

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: January 27, 2025

*/s/ John J. Atallah*
John J. Atallah

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXHIBIT E
17- 2 -

MAXIMUS, INC.'S NOTICE OF SETTLEMENT
CASE NO. 2:24-CV-09094-RGK-AS

4896-3536-5905.3