Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., MONTEREY FINANCIAL SERVICES, LLC, <br><br> Defendants. | CASE NO.: 8:25-cv-00165-JWH-ADS <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CLASS ACTION SETTLEMENT IN DUANE E. NORMAN, SR. v. TRANSUNION, LLC** |

Plaintiff **Artis-Ray: Cash Jr.**, appearing pro se, respectfully requests that the Court take judicial notice, pursuant to **Federal Rule of Evidence 201(b)(2)**, of the public court filings and settlement in the case of:

    **Duane E. Norman, Sr. v. TransUnion, LLC**

    **Case No. 2:18-cv-05225-GAM**,

    **U.S. District Court, Eastern District of Pennsylvania**

## I. PURPOSE OF REQUEST

Plaintiff does not submit this request to establish binding precedent but rather to provide the Court with **persuasive, judicially noticeable evidence** of a class action settlement arising from **materially similar FCRA violations** to those alleged in the present matter.

In *Norman*, the plaintiffs brought claims under the **Fair Credit Reporting Act, 15 U.S.C. §§ 1681i and 1681e(b)**, based on TransUnion's failure to properly investigate credit disputes and its use of automated "502 Letters" to reject or ignore valid challenges. The court granted final approval of a **$23 million class settlement** on **January 26, 2024**.

## II. RELEVANCE TO PRESENT CASE

Plaintiff brings claims in this action against **Experian and Monterey Financial** under the same statutory provisions—**§ 1681i and § 1681e(b)**—for the continued reporting of inaccurate credit data and failure to reasonably investigate Plaintiff's dispute.

The *Norman* case is relevant and probative in this action because it demonstrates:

- The **recognized seriousness** of credit reporting agencies' failure to reinvestigate and correct false tradeline data;
- Judicial acknowledgment that **such failures cause real consumer harm**;
- The type of conduct that supports claims for **actual and punitive damages** under the FCRA.

While *Norman* involved a different defendant, the legal framework, consumer harm, and investigatory failures alleged in the instant case closely mirror the claims that led to the settlement in *Norman*.

### III. DOCUMENTS REQUESTED FOR NOTICE

Plaintiff respectfully requests judicial notice of the following publicly available documents from the Eastern District of Pennsylvania docket in *Norman v. TransUnion*:

1. The Consolidated Class Action Complaint;
2. The Settlement Agreement and related exhibits;
3. The Court's Final Approval Order dated January 26, 2024.

These documents are accessible through PACER and through the settlement administrator's website.

### IV. CONCLUSION

Accordingly, Plaintiff respectfully requests that the Court take judicial notice of the above-referenced documents and the final settlement approval in *Duane E. Norman, Sr. v. TransUnion, LLC*, Case No. 2:18-cv-05225-GAM, as persuasive authority relevant to the statutory violations and industry practices at issue in this case.

Dated: May 1, 2025

**Respectfully submitted,**

**/s/ Artis Ray Cash Jr**

Artis-Ray: Cash Jr.

# CERTIFICATE OF SERVICE

I, **Artis-Ray: Cash Jr.**, declare as follows:

I am over the age of eighteen years. I am the Plaintiff in pro per in this matter. My address is:

453 S. Spring Street, Suite 400, PMB 1211

Los Angeles, CA 90013

Email: artiscashjr@yahoo.com

Phone: (831) 346-2562

On **May 1, 2025**, I served the following document:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CLASS ACTION SETTLEMENT IN DUANE E. NORMAN, SR. v. TRANSUNION, LLC**

On the following parties by email, addressed as follows:

**Counsel for Experian Information Solutions, Inc.**

**Justice M. Hubbard**

JONES DAY

Email: jhubbard@jonesday.com

**Counsel for Monterey Financial Services, LLC**

**Berj Parseghian**

Lippes Mathias LLP

Email: **bparseghian@lippes.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2025 at Los Angeles, California.

**/s/ Artis Ray Cash Jr**

**Artis-Ray: Cash Jr.**

Pro Se Plaintiff

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CLASS ACTION SETTLEMENT IN DUANE E. NORMAN, SR. v. TRANSUNION, LLC