JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ARTIS-RAY CASH JR.,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and MONTEREY FINANCIAL SERVICES, LLC,

Defendants.

Case No. 8:25-cv-00165-JWH-ADSx

**JUDGMENT**

Pursuant to the "Order Granting Defendant's Moton to Dismiss [ECF No. 22]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367.

2. The operative pleading is the Complaint [ECF No. 1].

3. Judgment is hereby **ENTERED** in **FAVOR** of Defendants Experian Information Solutions, Inc. and Monterey Financial Services, LLC, and **AGAINST** Plaintiff Artis-Ray Cash, Jr. Plaintiff shall take nothing by way of his Complaint. This action is **DISMISSED with prejudice**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 6, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE