Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
05/09/2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____DVE_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR.,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., MONTEREY FINANCIAL SERVICES, LLC,<br><br>Defendants. | CASE NO.: 8:25-cv-00165-JWH-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGMENT UNDER FED. R. CIV. P. 60(b)**<br><br>**Hearing:** June 6, 2025<br><br>**Courtroom 9D** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **June 6, 2025, at 9:00 a.m.**, or as soon thereafter as the matter may be heard, in **Courtroom 9D** of the United States District Court located at 411 W. Fourth Street, Santa Ana, California 92701, Plaintiff **Artis-Ray Cash, Jr.** will and hereby does move this Court for an order granting relief from judgment pursuant to Federal Rule of Civil Procedure 60(b).

**RELIEF REQUESTED:**

Plaintiff seeks relief from the judgment on the grounds of mistake, inadvertence, or excusable

neglect (Rule 60(b)(1)) and in the interest of justice under exceptional circumstances (Rule 60(b) (6)).

**FACTUAL BACKGROUND:**

1. Plaintiff filed this action on January 29, 2025, and concurrently filed an application to proceed in forma pauperis (IFP).

2. On May 6, 2025, the Court granted Defendant Monterey Financial Services, LLC's motion to dismiss based on an alleged false IFP application, finding that Plaintiff had failed to disclose prior settlement income.

3. Plaintiff now respectfully seeks reconsideration of that dismissal based on the following corrected and clarified facts:

a. Plaintiff received settlement funds from the following entities:

- Experian: February 22, 2024 (paid personally)

- Midland: August 29, 2024 (paid personally)

- Equifax: October 8, 2024 (paid personally)

- Vervent: February 4, 2025 (paid to Plaintiff's LLC)

- Maximus: February 24, 2025 (paid to Plaintiff's LLC)

b. The IFP application was submitted on or about January 29, 2025. At that time:

- The Experian, Midland, and Equifax settlements had already occurred, but had either been spent or were no longer available.

- The Vervent and Maximus settlements occurred **after** the IFP was filed.

- Plaintiff's most recent tax return (2023) was submitted in good faith and disclosed applicable income, as reflected in Exhibit B.

- Plaintiff's bank accounts at the time showed low balances consistent with indigence, as shown in Exhibit A.

4. Plaintiff misunderstood the IFP form's requirements and did not realize that confidential settlements—particularly those routed through a business LLC—had to be specifically listed, especially where the funds were not deposited personally or were business-related. A copy of Plaintiff's W-9, attached as Exhibit E, reflects the LLC through which some of the settlements were received.

5. Plaintiff further clarifies that while the Court noted the existence of approximately 21 other actions bearing Plaintiff's name, the vast majority of those cases were initiated and filed by licensed attorneys, not by Plaintiff personally, as demonstrated in Exhibit C. Exhibit G includes redacted correspondence confirming a confidential settlement discussion with counsel for Vervent. Plaintiff includes it solely to demonstrate the private and negotiated nature of the settlement, not to disclose any confidential terms. The email contains a standard confidentiality disclaimer, and Plaintiff has redacted irrelevant content to protect privacy. This present case is one of the few matters Plaintiff has pursued pro se.

6. Plaintiff has not engaged in repeated or frivolous litigation and has not used the in forma pauperis process to delay or burden the Court. Plaintiff has not previously been sanctioned or found to have abused court procedures. In the one case where IFP was

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGMENT UNDER FED. R. CIV. P. 60(b)**

denied (Cash v. Caesars Entertainment, Inc.), Plaintiff complied with the Court's order without dispute and did not refile that case, as shown in Exhibit F.

7. While Defendant argues that Plaintiff has displayed sophistication with court procedures, Plaintiff respectfully submits that his understanding of legal forms, including the IFP application, remains limited. Plaintiff is not a lawyer and has relied in the past on professional legal assistance. Any error in completing the IFP form was an honest mistake—not a calculated act of deception, and Plaintiff's original IFP form is included as Exhibit D to show what was submitted in good faith.

8. Plaintiff respectfully submits that Defendant's motion to dismiss emphasized a procedural issue as a means of avoiding scrutiny of their client's underlying conduct. Plaintiff respectfully asks the Court to look beyond the form-based deficiency and to allow the case to be resolved on the merits.

9. Plaintiff respects this Court's time and integrity. He does not file lawsuits casually and does not seek to misuse the court system. Plaintiff simply seeks the opportunity to have his claims evaluated on their merits and to correct a misunderstanding that can be resolved without prejudice to any party.

**LEGAL ARGUMENT:**

I. **Relief is Proper Under Rule 60(b)(1)**

Rule 60(b)(1) allows for relief from judgment due to "mistake, inadvertence, surprise, or excusable neglect." Plaintiff misunderstood the scope of what constituted income under the IFP form. This mistake was not intended to mislead the Court, and the misstatement was not willful.

II. **Extraordinary Circumstances Warrant Relief Under Rule 60(b)(6)**

4

Dismissal with prejudice is a harsh sanction and should only be used when a plaintiff has acted in bad faith. Here, Plaintiff attempted to comply with the IFP requirements and disclosed all relevant tax information and employment. Courts favor adjudication on the merits. See *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380 (1993).

III. **The Omission Was Not Material to IFP Eligibility**

Even if all settlement amounts had been disclosed, Plaintiff would have remained below the federal poverty guideline threshold. The funds in question were already spent on basic needs or not personally accessible.

Plaintiff respectfully requests leave to proceed in forma pauperis or, in the alternative, to work with the Court on an appropriate means of satisfying the filing fee if reinstatement is granted.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court vacate its dismissal with prejudice, reinstate the action, and permit Plaintiff either to proceed in forma pauperis or to pay the required filing fee within a reasonable time.

Respectfully submitted,

Dated: May 9, 2025

**/s/ Artis Ray Cash Jr**

**Artis-Ray: Cash Jr.**

Pro Se Plaintiff

5

**PROOF OF SERVICE**

I, Artis-Ray Cash, Jr., declare as follows:

I am the Plaintiff in this action, representing myself pro se. On **May 9, 2025**, I served the following documents:

- **Plaintiff's Notice of Motion and Motion for Relief from Judgment under Fed. R. Civ. P. 60(b)**

- **Declaration of Artis-Ray Cash, Jr. in Support of Motion**

- **[Proposed] Order Granting Plaintiff's Motion for Relief from Judgment**

- **Exhibits A through G**

on the following counsel of record via email, pursuant to agreement or standard practice of service under the Federal Rules of Civil Procedure:

**Counsel for Defendant Experian Information Solutions, Inc.**

JoeAl Akobian

Jones Day

Email: **jakobian@jonesday.com**

**Counsel for Defendant Monterey Financial Services, LLC**

Berj K. Parseghian

Lippes Mathias LLP

Email: **bparseghian@lippes.com**

I also informed both parties during the required meet-and-confer that the hearing is scheduled for **June 6, 2025, at 9:00 a.m. in Courtroom 9D** of the United States District Court, Santa Ana Division.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2025

Los Angeles, California

**/s/ Artis Ray Cash Jr**

**Artis-Ray: Cash Jr.**

Pro Se Plaintiff

7

EXHIBIT B

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2023** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20 ____    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ARTIS | CASH JR | |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.    State    ZIP code

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

**Filing Status**
Check only one box.

☒ Single    ☐ Head of household (HOH)
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)    ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent. _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) . . .    ☐ Yes    ☒ No

**Standard Deduction**
Someone can claim:    ☐ You as a dependent    ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You:    ☐ Were born before January 2, 1959    ☐ Are blind    Spouse:    ☐ Was born before January 2, 1959    ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here . .  ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) . . . . . . . . . . . | 1a | 10,778 |
| b | Household employee wages not reported on Form(s) W-2 . . . . . . . . . . . | 1b | |
| c | Tip income not reported on line 1a (see instructions) . . . . . . . . . . . | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) . . . . | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 . . . . . . . . . . | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 . . . . . . . . | 1f | |
| g | Wages from Form 8919, line 6 . . . . . . . . . . . . . . . . . . | 1g | |
| h | Other earned income (see instructions) . . . . . . . . . . . . . . . | 1h | |
| i | Nontaxable combat pay election (see instructions) . . . . . .    1i | | |
| z | Add lines 1a through 1h . . . . . . . . . . . . . . . . . . . | 1z | 10,778 |

Attach Sch. B if required.

| 2a | Tax-exempt interest . . . . . | 2a | | b | Taxable interest . . . . . . | 2b | |
|---|---|---|---|---|---|---|---|
| 3a | Qualified dividends . . . . . | 3a | | b | Ordinary dividends . . . . . | 3b | |
| 4a | IRA distributions . . . . . | 4a | | b | Taxable amount . . . . . . | 4b | |
| 5a | Pensions and annuities . . . | 5a | | b | Taxable amount . . . . . . | 5b | |
| 6a | Social security benefits . . . | 6a | | b | Taxable amount . . . . . . | 6b | |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) . . . . . . . . . . ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 . . . . . . . . . . . . . . | 8 | 4,858 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . | 9 | 15,636 |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . . . . . | 11 | 15,636 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . | 12 | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . | 13 | 0 |
| 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . | 14 | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** . . . . . . . . | 15 | 1,786 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2023)

BCA

# EXHIBIT C

JONATHAN A. STIEGLITZ, ESQ.
(SBN                    278028)
jonathan.a.stieglitz@gmail.com THE
LAW OFFICES OF JONATHAN A.
STIEGLITZ 11845 W. Olympic Blvd.,
Suite 800 Los Angeles, California
90064 Telephone: (323) 979-2063
Facsimile: (323) 488-6748 Attorney
for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Artis Cash,<br><br>                      Plaintiff,<br><br>    -against-<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC<br>TransUnion, LLC,<br>Synchrony Bank,<br>Conn Appliances, Inc.,<br><br>                Defendant(s). | Case No.:<br><br>COMPLAINT for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Artis Cash ("Plaintiff"), by and through his attorneys, The Law

Offices of Jonathan A. Stieglitz, as and for its Complaint against Defendant

Experian Information Solutions, Inc. ("Experian"), Defendant Equifax Information

Services, LLC ("Equifax"), Defendant TransUnion, LLC. ("TransUnion"),

Defendant Synchrony Bank ("Synchrony") and Defendant Conn Appliances, Inc.,

Artis-Ray; Cash Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562

**EXHIBIT D**

FILED

2025 JAN 29 PM 1: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
GSA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray; Cash Jr.
_____
PLAINTIFF/PETITIONER

v.

Experian Information Solutions, Inc,
Monterey Financial Services, LLC
_____
DEFENDANT/RESPONDENT

CASE NUMBER

8:25cv00165-JWH-(ADSx)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, __Artis-Ray; Cash Jr.__ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☑ Yes  ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: __$2,100, Casting Networks, 8335 Sunset BLVD #332 Los Angeles, CA 90069__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | | | |
   |---|---|---|
   | Public benefits? | ☐ Yes | ☑ No |
   | Business, profession or form of self-employment? | ☐ Yes | ☑ No |
   | Rent payments, interest or dividends? | ☐ Yes | ☑ No |
   | Pensions, annuities or life insurance payments? | ☐ Yes | ☑ No |
   | Gifts or inheritances? | ☐ Yes | ☑ No |
   | Any other income (other than listed above)? | ☐ Yes | ☑ No |
   | Loans? | ☐ Yes | ☑ No |
   | Any other income (other than listed above)? | ☐ Yes | ☑ No |

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

   _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☑ Yes  ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. *First Entertainment Credit Union, $50*

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

   If you answer is yes, describe the property and state its approximate value: _____

   _____

   _____

5. In what year did you last file an Income Tax Return? *2023* _____

   Approximately how much income did your last return reflect? *$20,000* _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | *$900* | Credit Cards | *$200* |
| Transportation | *$200* | Child Care | *0* |
| Food | *$500* | Insurance | *0* |
| Medical | *0* | Loans | *0* |
| Utilities | *$100* | Other | *0* |

_____*California*_____
State

_____*Los Angeles*_____
County (or City)

I, _____*Artis-Ray. Cash Jr.*_____ declare under penalty of perjury that the foregoing is
true and correct.  Executed on:

_____*01/29/2025*_____
Date

_____*Artis Ray Cash Jr.*_____
Plaintiff (Signature)

Docusign Envelope ID: B146C097-49D3-4B86-BEF0-B07E58C96576

EXHIBIT E

| Form **W-9** | **Request for Taxpayer** | **Give form to the** |
|---|---|---|
| (Rev. March 2024) | **Identification Number and Certification** | **requester. Do not** |
| Department of the Treasury<br>Internal Revenue Service | Go to *www.irs.gov/FormW9* for instructions and the latest information. | **send to the IRS.** |

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**1** Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

Artis Ray Cash Jr.

**2** Business name/disregarded entity name, if different from above.

Artis Ray Cash Jr LLC

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☐ Trust/estate

☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) _____

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any) _____

*(Applies to accounts maintained outside the United States.)*

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . . ☐

**5** Address (number, street, and apt. or suite no.). See instructions.

Requester's name and address (optional)

**6** City, state, and ZIP code

**7** List account number(s) here (optional)

**See Specific Instructions on page 3.** / **Print or type.**

---

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

Employer identification number

●● – ●●●●●●●

---

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Artis Ray Cash Jr* (Signed by: F01EB4D2A31A4E5...)   Date  2/6/2025

---

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

---

# EXHIBIT F

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Artis-Ray Cash Jr., | |
| | 2:23-cv-10570-JFW-PVC |
| **PLAINTIFF(S)** | |
| v. | |
| | **ORDER ON REQUEST TO PROCEED** |
| Caesars Entertainment, Inc., | ***IN FORMA PAUPERIS*** |
| | **(NON-PRISONER CASE)** |
| **DEFENDANT(S)** | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it.  On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.      ☒ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees.  This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☒ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
    ☐ The action is frivolous or malicious.
    ☐ The action fails to state a claim upon which relief may be granted.
    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

    Pay the full filing fee of $402.

    If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| March 12, 2024 | |
|---|---|
| Date | United States District Judge |

# EXHIBIT G

Mr. Cash:

My name is ████████ and I am an attorney with ██████████████ who represents Vervent in connection with the complaint you filed against Vervent.  I wanted to reach out to see if we could set up a call to discuss your complaint and a possible resolution.  Please let me know when you have some time.

Email Disclaimer
********************************************************************
The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

# EXHIBIT A

**STATEMENT OF ACCOUNT**



**FIRST ENTERTAINMENT CREDIT UNION**

P.O. Box 100 Hollywood, CA 90078-0100

| Member No. | Statement Period | Page |
|---|---|---|
| | 01/01/25 Thru 01/31/25 | 1 of 1 |
| | | 0 |

| ACCOUNT BALANCE SUMMARY | | |
|---|---|---|
| 00 | FIRST500 SAVINGS | $ 1.24 |
| 80 | VALUE CHECKING | $ 1.12 |

ARTIS CASH JR

## VALUE CHECKING Is Now Even MORE VALUABLE!

With $1,000 or more in direct deposits per month, you'll get additional benefits like this one.[1]

 Up to $15 in ATM surcharge-fee rebates per month when using non-First Entertainment ATMs and no foreign ATM fees. That adds up to $180 back per year!

 Open a Value Checking Account today. Have a Value Checking Account already? Start using your debit card around the globe!

Terms and conditions apply. For full details on requirements and eligibility, visit firstent.org/personal/checking-accounts/. Membership eligibility rules apply. Federally insured by NCUA.

### FIRST500 SAVINGS #00

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 1.24 | $ 0.00 | $ 0.00 | $ 1.24 | $ 0.00 |

| Transaction Date | Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | 01/01/25 | Balance Forward | | | 1.24 |
| | | No Activity this Period | | | |

### VALUE CHECKING #80

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 1.12 | $ 0.00 | $ 0.00 | $ 1.12 | $ 0.00 |

| Transaction Date | Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | 01/01/25 | Balance Forward | | | 1.12 |
| | | No Activity this Period | | | |

### YTD Reporting Information:

Total Dividends Paid Year to Date:          $          0.00

## Found an Error?

Please call us at **888.800.3328 immediately** for assistance if you notice any discrepancies or unfamiliar charges on your statement.

Equal Housing Opportunity

**NCUA** This credit union is federally insured by the National Credit Union Administration.