Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

```
LODGED
CLERK, U.S. DISTRICT COURT
05/09/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____DVE____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., MONTEREY FINANCIAL SERVICES, LLC, <br><br> Defendants. | CASE NO.: 8:25-cv-00165-JWH-ADS <br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)** |

The Court, having considered Plaintiff Artis-Ray Cash, Jr.'s Motion for Relief from Judgment

pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and good cause appearing

therefor:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Relief from Judgment is **GRANTED**;

2. The Judgment entered on May 6, 2025 [ECF No. 30], and the Order Granting

   Defendant's Motion to Dismiss [ECF No. 29] are **VACATED**;

3. This action is hereby **REINSTATED**.

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)

1    IT IS SO ORDERED.

2    Dated: _____

3

4    Hon. John W. Holcomb

5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)**